Jul 9, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

13-20497-CR-COOKE/TURNOFF

18 U.S.C. § 1956(h)
18 U.S.C. § 982

UNITED STATES OF AMERICA,

vs.

DILLEMAN HERNANDO SOLORZANO-LOZANO,
ISAAC PEREZ RAVINOVCZ GRIMBERG, Grimberg Ravinovcz
HENRY GUBEREK-GRIMBERG, and
JOHANNA PATRICIA CEBALLOS-BUENO,

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

Beginning in and around August 2010, and continuing through in and around January 2012, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

DILLEMAN HERNANDO SOLORZANO-LOZANO,
ISAAC PEREZ GUBEREK-GRIMBERG, Ravinovcz
HENRY GUBEREK-GRIMBERG, and
JOHANNA PATRICIA CEBALLOS-BUENO,

did knowingly combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, to commit certain offenses against the United States, in violation of Title 18, United States Code, Section 1956, namely:

1.     to knowingly conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing that

the property involved in the financial transaction represented the proceeds of some form of unlawful activity, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

2. transport, transmit, and transfer funds from a place inside the United States to a place outside the United States, knowing that the funds involved in the transportation, transmission and transfer represented the proceeds of some form of unlawful activity, and knowing that the transportation, transmission, and transfer was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i).

It is further alleged that the specified unlawful activity is the manufacture, importation, sale, and distribution of a controlled substance, punishable under the laws of the United States, Panama, and Colombia.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **DILLEMAN HERNANDO SOLORZANO-LOZANO, ISAAC ~~GUBEREK-GRIMBERG~~** PEREZ GUBEREK RAVINOCZ **, HENRY GUBEREK-~~GRIMBERG~~BERG, and JOHANNA PATRICIA CEBALLOS-BUENO,** have an interest.

2

2. Upon conviction of the offenses charged in the Indictment, the defendants shall forfeit to the United States any property, real or personal, involved in such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

All pursuant to Title 18, United States Code, Section 982.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MICHAEL B. NADLER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA      CASE NO. _____

vs.

## CERTIFICATE OF TRIAL ATTORNEY*

DILLEMAN HERNANDO SOLORZANO-LOZANO, et al.,

                 **Defendants.**
_____/   **Superseding Case Information:**

**Court Division**: (Select One)       New Defendant(s)   Yes ____   No ____
                                               Number of New Defendants
_X_ Miami  ____ Key West       Total number of counts
____ FTL    ____ WPB    ____ FTP

   I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:   (Yes or No)   _YES_
     List language and/or dialect   _SPANISH_

4.   This case will take  _8_  days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

     (Check only one)                             (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | ____ | Petty | ____ |
| II | 6 to 10 days | _X_ | Minor | ____ |
| III | 11 to 20 days | ____ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | _X_ |
| V | 61 days and over | | | |

6.   Has this case been previously filed in this District Court? (Yes or No)  _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  _NO_

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____ Yes  _X_ No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ____ Yes  _X_ No

                                                          /s/ Michael B. Nadler
                                                        Michael B. Nadler
                                                         ASSISTANT UNITED STATES ATTORNEY
                                                         Florida Bar No./Court No.  0051264

*Penalty Sheet(s) attached                                                                          REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: DILLEMAN HERNANDO SOLORZANO-LOZANO

Case No: _____

Count #: 1

Money Laundering Conspiracy

Title 18, United States Code, Section 1956(h)

* Max. Penalty: Twenty (20) Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: ISAAC PEREZ RAVINOVCZ GRIMBERG

Case No: 

Count #: 1

Money Laundering Conspiracy

Title 18, United States Code, Section 1956(h)

* Max. Penalty: Twenty (20) Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: HENRY GUBEREK-GRIMBERG

Case No: 

Count #: 1

Money Laundering Conspiracy

Title 18, United States Code, Section 1956(h)

* Max. Penalty: Twenty (20) Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: JOHANNA PATRICIA CEBALLOS-BUENO

Case No: 

Count #: 1

Money Laundering Conspiracy

Title 18, United States Code, Section 1956(h)

* Max. Penalty: Twenty (20) Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.